NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MONTANA GENERI,                    )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D18-3038
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____ )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Montana Generi, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., and NORTHCUTT and BLACK, JJ., Concur.